United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>   Plaintiff,<br><br> v.<br><br>NIMARTA GREWAL, et al.,<br><br>   Defendants. | Case No. 24-cv-05344-PHK<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO COMPLY WITH RULE 10 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Re: Dkt. 1 |

On August 19, 2024, Plaintiff Jane Doe filed the complaint in this matter against Defendants Nimarta Grewal and Marquita Grenot-Scheyer, alleging various harms in connection with allegedly false accusations of sexual misconduct at her place of employment. [Dkt. 1]. Plaintiff Jane Doe variously asserts causes of action against the Defendants under either 42 U.S.C. §1983, the California Constitution, or California law on tortious interference with economic advantage, *id.* at 13–16.

According to Rule 10(a) of the Federal Rules of Civil Procedure: "[t]he title of the complaint ***must name all the parties***; the title of other pleadings, after naming the first party on each side, may refer generally to other parties." Fed. R. Civ. P. 10 (emphasis added). From the face of the Complaint, Plaintiff Jane Doe has not complied with Rule 10(a), because she did not name herself and because she did not seek leave from the Court to proceed under a pseudonym. *See Doe v. Epic Games, Inc.*, 435 F. Supp. 3d 1024, 1053 (N.D. Cal. 2020) (finding a party complied with Rule 10 when they contemporaneously filed their complaint and an ex parte motion to proceed under a pseudonym).

//

1     Accordingly, it is **HEREBY ORDERED**:

2     Plaintiff Jane Does is **ORDERED TO SHOW CAUSE** in writing within **fourteen (14) days** from the date of this Order, why her Complaint should not be dismissed or why she should not otherwise be sanctioned for failure to comply with Rule 10(a) of the Federal Rules of Civil Procedure. If Plaintiff Jane Doe files an *ex parte* motion showing good cause to proceed under a pseudonym **on or before September 9, 2024** (that is, within **fourteen (14) days** from the date of this Order), then the Court will undertake to review any such motion as a response to this Order to Show Cause.

    Failure to comply with this Order may result in the imposition of sanctions, including but not limited to the dismissal of the Complaint, as well as any other relief the Court deems appropriate.

**IT IS SO ORDERED.**

Dated: August 27, 2024

_____
PETER H. KANG
United States Magistrate Judge