UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>   Plaintiff,<br><br>v.<br><br>NIMARTA GREWAL, et al.,<br><br>   Defendants. | Case No. 24-cv-05344-JSC<br><br>**ORDER RE: LEAVE TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 37 |

On October 22, 2024, Defendant Marquita Grenot-Scheyer, in her capacity as Chair of the California Commission on Teacher Credentialing, filed an ex-parte application for leave to oppose Plaintiff's preliminary injunction motion. (Dkt. No. 37.) Plaintiff filed the motion on September 10, 2024, and served Defendant Grenot-Scheyer on September 11, 2024. (Dkt. Nos. 10, 15.) The deadline to file a response was September 24, 2024. (Dkt. No. 10.)

Defendant Grenot-Scheyer requests leave on the ground of excusable neglect, explaining "due to a miscommunication between the various sections of the [Office of the Attorney General], this matter was not assigned to a Deputy Attorney General before the deadline to respond to plaintiff's Motion for Preliminary Injunction (motion) had passed." (Dkt. No. 37 at 2.) Plaintiff opposes the request. (Dkt. No. 41.)

The Court GRANTS Defendant Grenot-Scheyer's request for leave to file her opposition to plaintiff's motion for preliminary injunction. Regardless of any procedural improprieties, Defendant Grenot-Scheyer's request will not change the November 14, 2024 hearing date. (Dkt. No. 28.) Moreover, "[c]ases should be decided upon their merits whenever reasonably possible." *Eitel v. McCool*, 782 F.2d 1470, 1472 (9th Cir. 1986).

//

The opposition brief and supporting exhibits are deemed filed and served on all parties. Plaintiff's reply is due on November 5, 2024.

**IT IS SO ORDERED.**

Dated: October 24, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge

2