United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>NIMARTA GREWAL, et al.,<br><br>        Defendants. | Case No. 24-cv-05344-JSC<br><br>**PRETRIAL ORDER NO. 1** |

    Following an Initial Case Management Conference on January 30, 2025, the Court sets February 7, 2025 as the deadline for Plaintiff to file an amended complaint.  Upon filing of the amended complaint, the case will be stayed except for purposes of settlement.  The Court refers the case to a randomly assigned magistrate judge for a settlement conference at a time agreed to by the assigned settlement judge and the parties.

    A further Case Management Conference is scheduled for June 11, 2025 at 2:00 p.m. via Zoom video.  An updated Joint Case Management Conference Statement is due June 4, 2025.

    **IT IS SO ORDERED.**

Dated: January 30, 2025

JACQUELINE SCOTT CORLEY
United States District Judge